# WEISBERG CUMMINGS

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

LARRY A. WEISBERG    2704 COMMERCE DRIVE, SUITE B    STEPHEN T. MAHAN, JR.
DERREK W. CUMMINGS*^    HARRISBURG, PENNSYLVANIA 17110-9380    MICHAEL J. BRADLEY

*CERTIFIED PUBLIC ACCOUNTANT    PHONE: 717.238.5707
^MEMBER ARIZONA BAR    FAX:    717.233.8133

July 6, 2021

**VIA ECF ONLY**

The Honorable Sylvia H. Rambo
United States District Court,
Middle District of Pennsylvania
Ronald Reagan Federal Building &
U.S. Courthouse
228 Walnut Street, Room 860
Harrisburg, PA 17101

Re:   *Catherine Shuey v. Heller's Gas, Inc.*
      **Civil Action No. 1:21-cv-00963-SHR**

Dear Judge Rambo:

I am writing to advise you that the Parties in the above-referenced civil action have reached an agreement to resolve this matter. At this time, the Parties are in agreement that the Court may process this case as resolved. As such please issue an Order dismissing this matter with prejudice, upon good cause shown within sixty (60) days, to reinstate the action if the resolution is not finalized.

We appreciate your consideration of our request. Should you have any questions, please contact me at (717) 238-5707.

Sincerely,

/s/ Derrek W. Cummings
Derrek W. Cummings, Esquire

cc:   Tracy A. Walsh. Esquire
      *Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I, Derrek W. Cummings, hereby certify that I caused a true and correct copy of the foregoing to be filed using the Court's ECF system, through which this document is available for viewing and downloading, causing a notice of electronic filing to be served upon the following:

**Tracy A. Walsh, Esquire**
twalsh@wglaw.com

**WEBER GALLAGHER SIMPSON
STAPLETON FIRES & NEWBY, LLP
2000 Market Street, Suite 1300
Philadelphia, PA 19103**

*Counsel for Defendant*

/s/ Derrek W. Cummings
Derrek W. Cummings