IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CATHERINE SHUEY, | ) |
| | ) CIVIL ACTION NO. 1:21-cv-00963-SHR |
| Plaintiff, | ) |
| | ) (Judge Rambo) |
| v. | ) |
| | ) |
| HELLER'S GAS, INC., | ) |
| | ) ELECTRONICALLY FILED |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

Plaintiff, CATHERINE SHUEY, and Defendant, HELLER'S GAS, INC., constituting all of the parties of record in the above-captioned action, hereby stipulate and agree pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure to the dismissal of the above-captioned action in its entirety and with prejudice with each party bearing its own costs and attorneys' fees.

Respectfully submitted,

| | |
|---|---|
| **WEISBERG CUMMINGS, P.C.** | **WEBER GALLAGHER SIMPSON STAPLETON FIRES & NEWBY, LLP** |
| | |
| */s/ Derrek W. Cummings* | */s/ Tracy A. Walsh* |
| Derrek W. Cummings, Esquire | Tracy A. Walsh, Esquire |
| | |
| 2704 Commerce Drive, Suite B | 2000 Market Street, Suite 1300 |
| Harrisburg, PA 17110 | Philadelphia, PA 19103 |
| (717) 238-5707 | (215) 825-7224 |
| (717) 233-8133 (Fax) | (215) 564-7699 (Fax) |
| dcummings@weisbergcummings.com | twalsh@wglaw.com.com |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendant* |